# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142695(44)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ALEXANDER EDWARD KOLANEK,
        Defendant-Appellant.

_____

SC: 142695
COA: 295125
Oakland CC: 2009-009016-AR

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing their brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk